UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH JEAN GAINEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | No. 7:14-CV-1-RJ |
| ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER, ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Claimant's Motion for Judgment on the Pleadings [DE-23] is ALLOWED, Defendant's Motion for Judgment on the Pleadings [DE-25] is DENIED and the case is REMANDED for further proceedings consistent with the court's order entered March 24, 2015.

This Judgment Filed and Entered on March 17, 2015 with service on:
H. Clifton Hester (via Notice of Electronic Filing)
Lisa M. Rayo (via Notice of Electronic Filing)

|  |  |
|---|---|
| | JULIE RICHARDS JOHNSTON, CLERK |
| DATE | /s/ Jacqueline B. Grady |
| March 24, 2015 | Jacqueline B. Grady, Deputy Clerk |