UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH JEAN GAINEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| v. | ) | No. 7:14-CV-1-RJ |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED,** upon motion of the Plaintiff, and with no objection by the Defendant, that the claimant is allowed an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 in the total amount of $4,784.00.

This Judgment Filed and Entered on June 1, 2015 with service on:
H. Clifton Hester (via Notice of Electronic Filing)
Lisa M. Rayo (via Notice of Electronic Filing)


|  |  |
|---|---|
|  | JULIE RICHARDS JOHNSTON, CLERK |
| DATE | /s/ Jacqueline B. Grady |
| June 1, 2015 | Jacqueline B. Grady, Deputy Clerk |